IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-55902 |
| Maria Junkovic, ) | Chapter 11 |
| ) | Judge Eugene R. Wedoff |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**NOTICE OF MOTION**

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 2nd day of May, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION OF NET PROCEEDS FROM SALE OF COLLEGE SQUARE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 24th day of April, 2012.

/s/David K. Welch

# SERVICE LIST
*All Served via first class U.S. Mail*

United States Trustee
Dirksen Federal Building
219 S. Dearborn St.
Chicago, IL 60604

Scott C. Frost
L. Judson Todhunter
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Dean R. Prober
Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, California 91364

Timothy S. McFadden
Barnes & Thornburg, LLP
One North Wacker drive, Suite 4400
Chicago, IL 60606

Colleen E. McManus
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661

Arbor Commercial Mortgage
2801 Wehrle Drive, Suite 7
Buffalo, NY 14221

BAC Home Loans
Servicing LP
1950 N. Stemmons FWY
Dallas, TX 75265-0225

Bank of America
Capital Markets Servicing Grp
900 W. Trade Street
Charlotte, NC 28255

Bank of America Home Loans
1950 N. Stemmons FWY
Dallas, TX

Chuhak & Tecson, P.C.
30 S. Wacker
Suite 2600
Chicago, IL 60606-7413

CitiMortgage
1000 Techonology Drive
O Fallon, MO 63368

Fist Midwest Bank
300 Hunt Club Road
Gurnee, IL 60031

Harris Bank
50 N. Brockway Street
Palatine, IL 60067

JP Morgan Chase Bank
Royal Ridge Operations Center
14800 Frye Road
Fort Worth, TX 76155

MFJT, LLC
c/o Burton T. Witt & Associates
20 S. Clark, Suite 1900
Chicago, IL 60602

Republic Bank of Chicago
Loan Servicing
2221 Camden Court
Oak Brook, IL 60523

Satish Kumar Penmetsa
c/o Lynn M. Richards
PO Box 19
DeKalb, IL 60115

Somerset Park Apartments
4127 W. 127th Street
Alsip, IL 60803

Wells Fargo Mortgage
2701 Northwest Vaughn Street
5th Floor
Portland, OR 97210

Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155
Attn: Scott Savage

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-55902 |
| Maria Junkovic, ) | Chapter 11 |
| ) | Judge Eugene R. Wedoff |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION OF NET PROCEEDS FROM SALE OF COLLEGE SQUARE**

Maria Junkovic, Debtor/Debtor-in-Possession herein, by and through her attorneys, makes her Motion For Authority To Make Final Distribution of Net Proceeds From Sale Of College Square; and in support thereof, states as follows:

**Introduction**

1.      On December 20, 2011, the Debtor filed her voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      The Debtor is operating her business and managing her financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

3.      By this Motion, the Debtor requests that this Court enter an Order authorizing the Debtor to make a final distribution of the net proceeds realized from the auction sale of the property commonly known as "College Square Apartments" ("College Square") to Harris Bank, N.A. ("Harris Bank") and Raincoat Roofing Systems, Inc.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5.      This matter constitutes a "core" proceeding within the meaning of 28

U.S.C. Section 157(b)(2)(A), (M), (N) and (O).

6. The statutory predicates for the relief requested in the Motion are Section 363 of the Bankruptcy Code and Rules 6004 and 9014 of the Federal Rules of Bankruptcy Procedure.

**Relevant Background**

7. This Chapter 11 case is related to the following eight (8) other Chapter 11 cases which are pending in this Court:[1]

| DEBTOR | CASE NUMBER | FILING DATE |
|---|---|---|
| Joseph Junkovic | 10-55888 | 12/20/10 |
| Tom Junkovic | 10-55896 | 12/20/10 |
| Kenmore Realty Group, Ltd. | 10-55868 | 12/20/10 |
| MFJT, LLC | 11-11819 | 3/22/11 |
| Mokena Corp. | 11-11820 | 3/22/11 |
| Garden APTS., LLC | 11-19271 | 5/5/11 |
| Midwestern Equities, LLC | 11-19283 | 5/5/11 |
| Indiana Equity Investments, LLC | 11-19277 | 5/5/11 |

8. College Square is located in DeKalb, Illinois and is comprised of 163 units that primarily serve as off-campus rental housing for students at Northern Illinois University. The Debtor is an owner of Kenmore Realty, LLC (a Related Debtor), a former owner of College Square. The Debtor may also have had an interest in College

---

[1] The eight (8) other debtors in the related Chapter 11 cases are referred to in this Motion as the "Related Entities."

1

Square.[2]

9. The contemplated exit strategy from this Chapter 11 case as well as from the Chapter 11 cases of the Related Entities (except for Indiana Equity) will be pursuant to a Plan of Reorganization ("Plan") that involves a substantive consolidation of most of the related Chapter 11 cases.

**College Square**

10. As of the Petition Date, Harris Bank was the holder of a first mortgage against College Square that secured a senior mortgage indebtedness in an amount in excess of $7,200,000.00.

11. Prior to the filing of this Chapter 11 case, Harris Bank commenced a mortgage foreclosure action against the Debtor and the other co-owners of College Square in the Circuit Court for the 16th Judicial Circuit, DeKalb County, Illinois ("Foreclosure Case").

12. Harris Bank obtained an Order in the Foreclosure Case directing the appointment of a Receiver for College Square.

13. After the filing of this Chapter 11 case and with the agreement of the Debtor, this Court entered an Agreed Order excusing the Receiver from his obligation to turn over College Square to the Debtor as required by Section 543 of the Bankruptcy Code.

14. Through the closing of the auction sale of College Square, the Receiver remained in possession and control of College Square.

---

[2]Similar Motions are also being filed in the related Chapter 11 cases of Kenmore Realty, LLC, Joseph Junkovic and Tom Junkovic.

**The Auction Sale of College Square**

15. On August 8, 2011, this Court entered an Order approving certain procedures relating to an auction of College Square ("Procedures Order").

16. Pursuant to the Procedures Order, the Debtor conducted an auction of College Square on September 19, 2011. At the conclusion of the auction, Granite Investment Properties, Inc. ("Granite") was the successful bidder for College Square for the all cash sum of $5,650,000.00.

17. Thereafter, on September 20, 2011, this Court entered an Order approving the sale of College Square to Granite free and clear of any and all liens, claims and encumbrances with liens, claims and encumbrances to attach to the proceeds of sale ("Sale Order").

18. The sale of College Square to Granite closed on October 13, 2011. After payment of closing costs and other permitted charges, the Debtor has $5,318,610.13 in net proceeds from the sale of College Square ("Net Proceeds").

19. The Debtor deposited the Net Proceeds into an interest-bearing account at The Private Bank.

20. The Sale Order also provides that the Net Proceeds shall only be distributed pursuant to the further Order of this Court.

21. Raincoat Roofing Systems, Inc., formerly the holder of a mechanic's lien claim against College Square, which lien attached to the Net Proceeds, is willing to compromise its claim against the Net Proceeds for the sum of $1,000.00, as described in the letter dated March 2, 2012 attached hereto as **Exhibit A** and incorporated by reference herein. Harris Bank has consented to payment of said $1,000.00 sum and

asserts that the balance of the Net Proceeds should be turned over to the Bank.

**Final Distribution of Net Proceeds**

22. Pursuant to various Orders of this Court, the Debtor has made certain distributions of Net Proceeds to the holders of secured claims. As of April 24, 2012 there are $77,424.27 in Net Proceeds remaining on deposit.

23. By this Motion, the Debtor proposes to make a final distribution of the balance of the Net Proceeds as follows: $1,000.00 to Raincoat Roofing Systems, Inc. and the balance to Harris Bank.

WHEREFORE, MARIA JUNKOVIC, Debtor and Debtor-in-Possession herein, requests the entry of an Order authorizing a final distribution of Net Proceeds to Raincoat Roofing Systems, Inc. in the amount of $1,000.00 and the balance to Harris Bank, and granting such other relief as may be just and appropriate.

                                                Maria Junkovic,
                                                Debtor/Debtor-in-Possession

                                            By: /s/David K. Welch
                                                One of Her Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch (Atty. No. 06183621)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705 Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\Junkovic Maria\Auth Distribute Final Proceeds From College Square Sale.MOT.wpd